IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
KEITH A. HALBLEIB : CASE NO. 1-21-01853-HWV
:
:
Debtor :

## CERTIFICATE OF SERVICE

I, Reagan K. VanSteenacker, Paralegal with the firm of Mette, Evans & Woodside, hereby certify that on October 29, 2021, a true and correct copy of the attached ORDER CONFIRMING CHAPTER 13 PLAN was served by electronic means and/or first-class mail, postage prepaid, pursuant to L.B.R. 2002-1(e), on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

METTE, EVANS & WOODSIDE

By:/s/ Reagan K. VanSteenacker
Reagan K. VanSteenacker

Date: October 29, 2021

| | | |
|---|---|---|
| West Creek Financial<br>4951 Lake Brook Drive<br>Glen Allen, VA 23060-9279 | Joseph R. Baranko Jr.<br>Slusser Law Firm<br>1620 North Church Street<br>Suite 1<br>Hazleton, PA 18202-9509 | Beneficial Consumer Discount Co<br>3368 Paxton Street<br>Harrisburg, PA 17111-1420 |
| Bureau of Account Management<br>3607 Rosemont Avenue<br>Camp Hill, PA 17011-6904 | Capital One Auto Finance, a division of<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Westlake Financial Services<br>4751 Wilshire Boulevard<br>Suite 100<br>Los Angeles, CA 90010-3847 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank USA NA<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Celtic Bank/Contfinco<br>PO Box 57071<br>Irvine, CA 92619-7071 |
| Celtic Bank/Continental Finance<br>268 S. State St, Suite 300<br>Salt Lake City, UT 84111-5314 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Commonwealth of PA<br>Office of Inspector General<br>555 Walnut Street, 7th Floor<br>Harrisburg, PA 17101-2524 |
| Commonwealth of Pennsylvania<br>Bureau of Labor and Industry<br>Office of Unemp Comp Tax Services OUCTS<br>PO Box 60848<br>Harrisburg, PA 17106-0848 | Continental Finance Co<br>4550 New Linden Hill Road<br>Wilmington, DE 19808-2952 | Credit One Bank<br>6801 S. Cimarron Road<br>Las Vegas, NV 89113-2273 |
| Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | Cynthia L. Craig-Halbleib<br>405 Hoya Avenue<br>Harrisburg, PA 17112-8002 | Fortiva MC/TBOM<br>5 Concourse Parkway, Suite 400<br>Atlanta, GA 30328-9114 |
| Westlake - C/O Peritus Portfolio Services<br>P.O. Box 141419<br>Irving, TX 75014-1419 | Harley Davidson Credit<br>3850 Arrowhead Drive<br>Carson City, NV 89706-2016 | Harley Davidson Credit<br>PO Box 21829<br>Carson City, NV 89721-1829 |
| Harley Davidson Financial<br>222 W Adams, Suite 2000<br>Chicago, IL 60606-5307 | Harley-Davidson Credit Corp<br>PO Box 9013<br>Addison, Texas 75001-9013 | West Creek Financial<br>PO Box 5518<br>Glen Allen, VA 23058-5518 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Joseph E. DeBarberie, Esq.<br>Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lower Paxton Township Authority<br>425 Prince Street<br>Suite 139<br>Harrisburg, PA 17109-3053 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |

Members 1st FCU
PO Box 40
Mechanicsburg, PA  17055-0040

Members First Federal Credit Union
5000 Louise Drive
Mechanicsburg, PA 17055-4899

Martin A Mooney
Schiller, Knapp, Lefkowitz & Hertzel LLP
950 New Loudon Road
Ste. 109
Latham, NY 12110-2190

OneMain
100 International Drive, 15th Floor
Baltimore, MD 21202-4784

OneMain
PO Box 1010
Evansville, IN 47706-1010

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

OneMain Financial Services
901 E. Main Street
Palmyra, PA 17078-1923

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA  98083-0788

Rebecca Ann Solarz
KML Law Group, P.C.
701 Market St.
Suite 5000
Philadelphia, PA 19106-1541

TBOM/Fortiva
PO Box 105555
Atlanta,GA 30348-5555

The Money Source
3138 E. Elwood Street
Phoenix, AZ 85034-7210

The Money Source Inc.
500 South Broad Street Suite 100A
Meriden, Connecticut 06450-6755

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Keith A. Halbleib,             Chapter    13

     **Debtor 1**

                                  Case No.    1:21-bk-01853-HWV

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on September 23, 2021. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: October 27, 2021                          By the Court,

                                                       Honorable Henry W. Van Eck
                                                       Chief Bankruptcy Judge
                                                       By: JoanGoodling, Deputy Clerk

orcnfpln(05/18)

Case 1:21-bk-01853-HWV    Doc 29    Filed 10/27/21    Entered 10/27/21 14:10:38    Desc
Case 1:21-bk-01853-HWV    Doc 30    Filed 10/29/21    Entered 10/29/21 15:52:05    Desc
Order Confirming (Am) Plan    Page 1 of 1
Main Document    Page 4 of 4