## Mette, Evans & Woodside
Attorneys at Law
3401 North Front Street
P.O. Box 5950
Harrisburg, PA 17110-0950
Phone No.: (717) 232-5000
Fax: (717) 236-1816
Federal Tax ID: 23-1985005

Statement Date: October 27, 2021
Statement as of: October 27, 2021
Statement No: 266706

Keith A. Halbleib
814 Hoya Avenue
Harrisburg, PA 17112

Client No. 20072-0001: Chapter 13 Bankruptcy

**FOR PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Hours | Description |
|---|---|---|---|
| 08/04/2021 | TLU | 0.20 | Correspondence from/to potential client re credit report |
| 08/10/2021 | TLU | 0.10 | Correspondence from/to client re credit reports and tax returns |
| 08/16/2021 | TLU | 1.80 | Conference with new client |
| 08/19/2021 | RKV | 1.20 | Begin preparation of creditor schedules |
| 08/19/2021 | TLU | 0.20 | Telephone conference with client re questions about payments on car |
| 08/19/2021 | TLU | 0.10 | Correspondence from/to client (multiple) re proceeding with filing and additional debts |
| 08/19/2021 | TLU | 0.80 | Preparation of income schedules |
| 08/20/2021 | TLU | 1.00 | Preparation of means test and plan |
| 08/23/2021 | RKV | 1.30 | Preparation of documents for filing; scan and save same; file and serve same |
| 08/23/2021 | TLU | 1.40 | Conference with client to review and sign documents |
| 08/23/2021 | TLU | 0.10 | Correspondence from/to client re materials to finalize schedules; final revisions to same |
| 08/24/2021 | TLU | 0.20 | Correspondence to client re Creditors Meeting |
| 08/24/2021 | TLU | 0.20 | Correspondence to client re plan payment |
| 08/26/2021 | RKV | 0.30 | Draft changes of address for creditors |
| 08/26/2021 | TLU | 0.20 | Receipt and review of Westcreek claim against plan |
| 08/26/2021 | TLU | 0.20 | Receipt and review of auto claim against plan |
| 08/30/2021 | RKV | 0.10 | File and serve change of address |
| 08/30/2021 | TLU | 0.10 | Revision to cert of service on creditor's new address |
| 08/30/2021 | RKV | 0.20 | Edit certificate of service for creditor change of address |
| 09/02/2021 | TLU | 0.20 | Receipt and review of objection to plan by car creditor; telephone conference with counsel re same |

| Date | Atty | Hours | Description |
|---|---|---|---|
| 09/02/2021 | TLU | 0.30 | Telephone conference with client re car appraisal |
| 09/03/2021 | TLU | 0.10 | Receipt and review of Merrick Bank claim |
| 09/03/2021 | TLU | 0.20 | Correspondence from/to lender's counsel re appraisal of vehicle |
| 09/03/2021 | TLU | 0.10 | Receipt and review of Merrick Bank claim; forward same to client |
| 09/06/2021 | TLU | 0.20 | Correspondence from/to client re FM cert and vehicle valuation |
| 09/07/2021 | TLU | 0.50 | Receipt and review of appraisal; correspondence from/to client re same |
| 09/07/2021 | TLU | 0.20 | Receipt and review of One Main claim; forward same to client |
| 09/09/2021 | RKV | 0.70 | Prepare draft calculations for amended plan |
| 09/09/2021 | TLU | 0.20 | Receipt and review of Internal Revenue Service claim against plan |
| 09/10/2021 | TLU | 0.20 | Receipt and review of amended Internal Revenue Service claim after forwarding tax return copy |
| 09/14/2021 | TLU | 0.20 | Receipt and review of Lower Paxton claim against plan |
| 09/16/2021 | TLU | 0.10 | Receipt and review of Capital One claim; forward same to client |
| 09/21/2021 | TLU | 0.80 | Review of file for Creditors Meeting; Telephone conference with client re Creditors Meeting |
| 09/21/2021 | TLU | 0.50 | Preparation of amended plan; review of notice for plan |
| 09/23/2021 | TLU | 0.80 | Attendance at Creditors Meeting |
| 09/23/2021 | TLU | 0.20 | Correspondence to client re confirmation hearing |
| 09/28/2021 | TLU | 0.30 | Receipt of request for concurrence; review of plan; correspondence to client/to lender re same |
| 10/07/2021 | TLU | 0.10 | Receipt and review of Quantum claim; forward same to client |
| 10/13/2021 | TLU | 0.10 | Correspondence to client re relief order |
| 10/15/2021 | TLU | 0.10 | Correspondence from/to trustee re confirmation |
| 10/18/2021 | TLU | 0.70 | Preparation for confirmation; review of claims filed and missing, status of certification, status of payments |
| 10/18/2021 | RKV | 0.10 | File and serve pre-confirmation certification |
| 10/18/2021 | RKV | 0.10 | File and serve request for compensation and expenses |
| 10/22/2021 | TLU | 0.20 | Receipt and review of Harley claim against plan; forward to client |
| 10/22/2021 | TLU | 0.10 | Correspondence from/to client re township debt |
| 10/26/2021 | TLU | 0.20 | Correspondence to client re confirmation order |
| 10/26/2021 | TLU | 0.10 | Review of cert of service of confirmation order |
| 10/26/2021 | TLU | | Write-down of $90.00 |
| TOTAL HOURS | | 17.30 | Sub-total Fees: $4,500.00 |

### Rate Summary

| | | |
|---|---|---|
| Tracy L. Updike | 13.30 hours at $294.36/hr | 3,915.00 |
| Reagan K. VanSteenacker | 4.00 hours at $146.25/hr | 585.00 |
| Total hours: | 17.30 | |

Halbleib, Keith A.
20072-0001
10/27/2021
Page 3

| Expenses | | Amount |
|---|---|---|
| 08/25/2021 | Filing Fees Pennsylvania Middle Bankruptcy Court | 313.00 |
| | Sub-total Expenses: | $313.00 |

| Trust Account | | $0.00 |
|---|---|---|
| 08/23/2021 | Law Pay Trans ID #50760492/Keith Halbleib | 500.00 |
| 01/20/2022 | Fees/20072-0001 | (500.00) |
| | Ending Balance: | $0.00 |

| | |
|---|---|
| Total Current Billing: | $4,813.00 |
| Total Payments: | ($500.00) |
| **Total Now Due:** | **$4,313.00** |

**NOTE:**
**Statements not paid** within 30 days of their date bear interest thereafter at the rate of 1% per month or fraction thereof until paid.
**Please include** Client No. on check.
**Credit card payments** can be made online at www.mette.com.