IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEITH A. HALBLEIB | : | CASE NO. 1-21-01853-HWV |
| | : | |
| Debtor | : | |

**ORDER**

The Interim Application of Mette, Evans & Woodside for allowance of compensation and expenses out of the estate of the Debtor this day coming to be heard, pursuant to notice and opportunity for hearing thereon given by the Court, and the Court having duly considered such Application, together with its supporting papers, and having heard and considered the evidence presented, it is

**HEREBY ORDERED** that the Interim Application of Mette, Evans & Woodside as attorneys for the Debtor for allowance of $962.00 for services and expenses for the period October 28, 2021 to August 28, 2023 is allowed, the amounts claimed being considered fair and reasonable. Mette, Evans & Woodside shall be paid the balance of their Application through the Chapter 13 Plan.

**FURTHER ORDERED** that should this Interim Application cause the Debtor's Chapter 13 Plan to be underfunded, Mette, Evans & Woodside has agreed to waive any fees requested in this Interim Application which would be in excess of the funds held by the Chapter 13 Trustee as part of Debtor's base plan, and therefore the Chapter 13 Trustee should distribute funds as available up to the allowed $962.00.