IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|   KEITH A. HALBLEIB, | : | |
|   Debtor | : | CASE NO. 1:21-bk-01853-HWV |
| | : | |

## ENTRY AND WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of James K. Jones, Esquire, on behalf of Mette, Evans and Woodside, as attorney of record for Debtor in this matter.

Date:  December 31, 2024             METTE, EVANS & WOODSIDE

                                    /s/ James K. Jones

Kindly enter the appearance of Kara K. Gendron, Esquire, on behalf of Mott & Gendron Law, as attorney of record for Debtor in this matter.

Date:                                         MOTT & GENDRON LAW

                                    /s/ Kara K. Gendron