IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
HARRISBURG DIVISION

IN RE: KEITH A HALBLEIB

CASE NO. 1-21-BK-01853

CLAIM: 3

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, WESTLAKE hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

WESTLAKE
c/o Peritus Portfolio Svcs II, LLC
PO Box 141419
Irving TX 75014

To the new address below:

WESTLAKE
c/o Peritus Portfolio Services II, LLC
P.O. Box 1149
GRAPEVINE TX 76099

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Georgina Yarbrough  Date: 4/23/2025
Georgina Yarbrough
Telephone: (866) 831-5954